GEORGE R. LUNN, Appellant, *v.* ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, et al., Defendants, and THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued May 28, 1935; decided June 11, 1935.)

*Charles L. Craig* for appellant.

*Charles E. Nichols* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.